**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 529 |
| | : | |
| ORDER ADOPTING RULE 242 OF THE | : | MAGISTERIAL RULES DOCKET |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE GOVERNING ACTIONS | : | |
| AND PROCEEDINGS BEFORE | : | |
| MAGISTERIAL DISTRICT JUDGES | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 13th day of February, 2023, upon the recommendation of the Minor Court Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a)(3):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Civil Procedure Governing Actions and Proceedings Before Magisterial District Judges 242 is adopted in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective April 1, 2023.